[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 21, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-13014

_____

D. C. Docket No. 06-81041-CV-DMM

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff-Appellee,

versus

JAMIE L. SOLOW,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 21, 2009)

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the Defendant, Jamie L.

Solow, has not shown reversible error in (1) the district court's order, dated March

26, 2008, denying Solow's motion for judgment as a matter of law, or in the alternative for a new trial, (2) the district court's order, dated September 10, 2007, granting the Securities Exchange Commission's motion for leave to file a second amended complaint, (3) the district court's order, dated May 10, 2007, denying Solow's motion to dismiss, (4) the district court's order, dated January 22, 2008, denying Solow's motions in limine, (5) the jury's finding as enumerated on the general verdict form dated January 31, 2008, and (6) the district court's entry of final judgment, dated May 14, 2008, in favor of the SEC.

**AFFIRMED**.